[No. 21098-7-III. Division Three. July 8, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. LAURA M. LEWIS, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 01-1-00620-8, Lesley A. Allan, J., entered May 6, 2002. *Affirmed in part* and *remanded* by unpublished opinion per Sweeney, J., concurred in by Brown, C.J., and Kurtz, J.

[Nos. 27094-3-II; 27693-3-II. Division Two. July 8, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. RODNEY RAY BELL, *Appellant*.

*In the Matter of the Personal Restraint of* RODNEY RAY BELL, *Petitioner*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 00-1-01174-9, James E. Warme and Stephen M. Warning, JJ., entered May 9, 2003, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Morgan, J., and Ladley, J. Pro Tem.

[Nos. 27850-2-II; 28698-0-II. Division Two. July 8, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN I. REICHENBACH, *Appellant*.

*In the Matter of the Personal Restraint of* STEVEN I. REICHENBACH, *Petitioner*.

Appeal from a judgment of the Superior Court for Skamania County, No. 01-1-00038-0, E. Thompson Reynolds, J., entered January 17, 2003, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Morgan, J., concurred in by Hunt, C.J., and Seinfeld, J.